```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

IN RE: THE PETITION OF SPEEDY
JOHNSON'S FUN CRUISE, INC., AS OWNER
OF THE VESSELS FL5428LD AND FL2107LA
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY,

        Petitioner.

                              Case No. 2:05-cv-366-FtM-33SPC

_____/

**ORDER**

This matter comes before the Court pursuant to Respondent/Claimants' Notice of Filing Report and Recommendations of Guardian Ad Litem Andrew B. Yaffa, Esquire (Doc. # 43-1) and Petition for Approval of a Settlement Involving a Minor (Doc. # 44-1).

Pursuant to this Court's Order of February 21, 2006 (Doc. # 40), Respondent/Claimant has filed the above Report and Recommendation and Settlement Agreement.[1]  The Report and

---

[1] The Report and Recommendation of the Court Appointed Guardian Ad Litem complies with Florida Probate Rule 5.636, which states in pertinent part:

> (d) *Guardian Ad Litem.* --The court shall appoint a guardian ad litem on behalf of a minor, without bond or notice, with respect to any proposed settlement that exceeds $ 25,000 and affects the interests of the minor, if:
>
> (1) there is no court-appointed guardian of the minor;
>
> (2) the court-appointed guardian may have an interest adverse to the minor; or

Recommendation recommends that this Court grant the petition for approval of the settlement in this case. The Court has evaluated the terms of the settlement agreement and the Report and Recommendation of the Guardian Ad Litem, and finds that the settlement with the minor child is fair, reasonable, and in the best interest of the minor child. Thus, the Court will follow the recommendations of the Guardian Ad Litem as stated in the Report

---

(3) the court determines that representation of the minor's interest is otherwise inadequate.

(e) *Valuation of Proposed Settlement.* --A proposed settlement is deemed to exceed $ 25,000 if the gross amount payable exceeds $ 25,000, without reduction to reflect present value or fees and costs.

(f) *Report.* --A guardian ad litem appointed with respect to a proposed settlement affecting the interests of a minor shall, not later than 5 days prior to the hearing on a petition for order authorizing settlement, file and serve a report indicating the guardian ad litem's determination regarding whether the proposed settlement will be in the best interest of the minor. The report shall include:

(1) a statement of the facts of the minor's claim and the terms of the proposed settlement, including any benefits to any persons or parties with related claims;

(2) a list of the persons interviewed and documents reviewed by the guardian ad litem in evaluating the minor's claim and proposed settlement; and

(3) the guardian ad litem's analysis of whether the proposed settlement will be in the best interest of the minor.

A copy of the report shall be served on those persons on whom service is required in subdivision (c) of this rule.

and Recommendation. Accordingly, the Court **GRANTS** Respondent/Claimants' Petition for Approval of a Settlement Involving a Minor (Doc. # 44-1).

In addition, as this Court has approved the settlement, this cause be and the same is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **SIXTY** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*. After that **SIXTY** day period, however, without further order, this dismissal shall be deemed *with prejudice*. The Clerk is directed to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

Accordingly, it is now

**ORDERED ADJUDGED AND DECREED:**

1. Respondent/Claimants' Petition for Approval of a Settlement Involving a Minor (Doc. # 44-1) is **GRANTED**.
2. This case is **DISMISSED** without prejudice and, subject to the right of the parties, within **SIXTY** days of the date hereof, to submit a stipulated form of final order or judgment, or request an extension of time, should they so choose **or** for any party to move to reopen the action, *upon good cause being shown*. After that **SIXTY** day period, however, without further order, this dismissal shall be deemed *with prejudice*. The

Clerk is directed to terminate any previously scheduled deadlines and pending motions, and administratively close the case pending further Order.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this <u>28th</u> day of March, 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record
Andrew B. Yaffa, Esq.
Grossman & Roth
2665 S. Bayshore Drive # PH-1
Miami, Florida 33133